UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DR. JACKIE CAVNER                                                                                        PLAINTIFF

v.                              No. 2:21-CV-02069

UNIVERSITY OF ARKANSAS
FORT SMITH and BOARD OF
TRUSTEES OF THE UNIVERSITY
OF ARKANSAS                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the opinion and order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 2nd day of March, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE